174 A.3d 503

DEEDRA L. BOWEN, PLAINTIFF–RESPONDENT, v. HYUNDAI MOTOR AMERICA, DEFENDANT–PETITIONER.

C–167 September Term 2017
079625

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004188–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.